| | |
|---|---|
| 1 | KELLY M. KLAUS (CA State Bar No. 161091)<br>Kelly.Klaus@mto.com |
| 2 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor |
| 3 | Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100 |
| 4 | Facsimile: (213) 687-3702 |
| 5 | CAROLYN HOECKER LUEDTKE (CA State Bar No. 207976)<br>Carolyn.Luedtke@mto.com |
| 6 | KATHRYN EIDMANN (CA State Bar No. 268053)<br>Kathryn.Eidmann@mto.com |
| 7 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor |
| 8 | San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000 |
| 9 | Facsimile: (415) 512-4077 |
| 10 | *Attorneys for Plaintiff* |

DENNIS M. BROWN, Bar No. 126575
dmbrown@littler.com
KARIN M. COGBILL, Bar No. 244606
kcogbill@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PANG CHAU, | ) | Civil Action No. CV 11 3718 CRB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED DISMISSAL WITH PREJUDICE** |
| KNIGHT CAPITAL AMERICAS, L.P., and KNIGHT CAPITAL GROUP, INC. | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by the parties to this action, by their respective undersigned counsel of record, that the above-captioned action (including all claims and counterclaims asserted therein) hereby is dismissed with prejudice and without costs or attorneys' fees to any of the parties as against the other.

Respectfully submitted: September 6, 2011

        MUNGER, TOLLES & OLSON LLP

        */s/ Kelly M. Klaus*[1]
        Kelly M. Klaus
        *Attorneys for Plaintiff*

        LITTLER MENDELSON

        */s/ Dennis M. Brown*
        Dennis M. Brown
        *Attorneys for Defendants*

SO ORDERED:

_____
United States District Judge

Dated: September ___8_, 2011

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

---

[1] Signed by Dennis M. Brown with the consent of Kelly M. Klaus pursuant to N.D. Cal. General Order 45.X.B.