1  KELLY M. KLAUS (CA State Bar No. 161091)
   Kelly.Klaus@mto.com
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
3  Los Angeles, CA  90071-1560
   Telephone:  (213) 683-9100
4  Facsimile:   (213) 687-3702

5  CAROLYN HOECKER LUEDTKE (CA State Bar No. 207976)
   Carolyn.Luedtke@mto.com
6  KATHRYN EIDMANN (CA State Bar No. 268053)
   Kathryn.Eidmann@mto.com
7  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
8  San Francisco, CA  94105-2907
   Telephone:  (415) 512-4000
9  Facsimile:   (415) 512-4077
   *Attorneys for Plaintiff*

11 DENNIS M. BROWN, Bar No. 126575
   dmbrown@littler.com
12 KARIN M. COGBILL, Bar No. 244606
   kcogbill@littler.com
13 LITTLER MENDELSON
   A Professional Corporation
14 50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
15 Telephone:   408.998.4150
   *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANG CHAU, | Civil Action No. CV 11 3718 CRB |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL WITH PREJUDICE** |
| KNIGHT CAPITAL AMERICAS, L.P., and KNIGHT CAPITAL GROUP, INC. | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by the parties to this action, by their respective undersigned counsel of record, that the above-captioned action (including all claims and counterclaims asserted therein) hereby is dismissed with prejudice and without costs or attorneys' fees to any of the parties as against the other.

Respectfully submitted: September 6, 2011

MUNGER, TOLLES & OLSON LLP

*/s/ Kelly M. Klaus*[1]
Kelly M. Klaus
*Attorneys for Plaintiff*

LITTLER MENDELSON

*/s/ Dennis M. Brown*
Dennis M. Brown
*Attorneys for Defendants*

SO ORDERED:

_____
United States District Judge

Dated: September ___8_, 2011

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---

[1] Signed by Dennis M. Brown with the consent of Kelly M. Klaus pursuant to N.D. Cal. General Order 45.X.B.